Argued and submitted January 6, reversed February 29, petition for review denied May 17, 2012 (352 Or 33)

Robert MA,
*Plaintiff-Appellant,*

*v.*

GEICO CASUALTY COMPANY,
a Maryland corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
100302972; A147490

273 P3d 334

Henry C. Breithaupt, Judge pro tempore.

Travis J. Mayor argued the cause for appellant. With him on the brief was Michael L. Rosenbaum.

Glenn E. Barger argued the cause for respondent. With him on the brief were Westin T. McLean and Smith Freed & Eberhard PC.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

Reversed. *Sheptow v. Geico General Ins. Co.*, 246 Or App 18, 265 P3d 4 (2011).